STEVEN W. MYHRE
Acting United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
Phone:  (702) 388-6336
Fax:  (702) 388-6418
Email:  robert.knief@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-032-JCM-GWF |
| Plaintiff, | |
| vs. | **GOVERNMENT MOTION TO DISMISS** |
| GHASSAN BOUARI HOUBOUS, | |
| Defendant. | |

    Plaintiff United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Robert A. Knief, Assistant United States Attorney, pursuant to Fed. R. Crim. P. 48(a), brings the following motion to dismiss the indictment as to the captioned defendant only.

    The government moves for the dismissal of the indictment against defendant Ghassan Bouari Houbous following additional investigation and in the interests of justice.

The government also seeks the captioned defendant's immediate release from custody.

Dated this 4th day of August 2017.

Respectfully submitted,

STEVEN W. MYHRE,
United States Attorney


*/s/ Robert A. Knief*

_____
ROBERT A. KNIEF
Assistant United States Attorney

1 **CERTIFICATE OF ELECTRONIC SERVICE**

2      This is to certify that the undersigned has served counsel for Defendant's with
3 the foregoing by means of electronic filing.

4

5                                              */s/ Robert A. Knief*

6                                              ROBERT A. KNIEF
                                               Assistant United States Attorney