Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111
*Counsel for Defendant Ghassan Houbous*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:16-cr-32-JCM-GWF-4 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF NON-OPPOSITION** |
| ) | |
| GHASSAN BOUARI HOUBOUS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW, Defendant GHASSAN BOUARI HOUBOUS, by and through his attorney BENJAMIN C. DURHAM, and hereby submits this Notice of Non-Opposition to the Motion to Dismiss (#113).

DATED this 4th day of August, 2017.

*/s/ Benjamin Durham*
_____
Benjamin C. Durham
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
*Counsel for Defendant Ghassan Houbous*

## **CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that the foregoing Notice of Non-Opposition was served on all registered parties via electronic filing.

>*/s/ Benjamin Durham*
>_____
>Benjamin C. Durham
>BENJAMIN DURHAM LAW FIRM
>*Counsel for Defendant Ghassan Houbous*